IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02280-CMA-BNB

TIMOTHY J. HOWARD,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Utah corporation,

Defendant.

---

## ORDER

---

Consistent with matters discussed at the final pretrial conference this morning:

IT IS ORDERED that a settlement conference will be held on **July 19, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **July 12, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated May 18, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge