# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-02280-CMA-BNB

TIMOTHY J. HOWARD,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 53). The Court having considered the Stipulation, hereby

      ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

      DATED: September __8__, 2010

                    BY THE COURT:

                    *Christine M. Arguello*

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Court Judge